**Anthony W. WILKINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69025.**

Missouri Court of Appeals,
Western District.

March 17, 2009.

Susan L. Hogan, Kansas City, MO, for Appellant.

---

Daniel McPherson, Jefferson City, MO, for Respondent.

Before: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and ALOK AHUJA, Judge.

### ORDER

PER CURIAM:

Anthony W. Wilkinson appeals from the denial of his motion for post-conviction relief under Rule 24.035. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. A published opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).